UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:15-CR-00030-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL P. GUDERIAN | ORDER TO SEAL |

On motion of the Defendant, Michael P. Guderian, and for good cause shown, it is hereby ORDERED that the **[DE 33]** be sealed until further notice by this Court.

IT IS SO ORDERED.

This __2__ day of June, 2016

_____
JAMES C. DEVER, III
Chief United States District Judge